# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2497 Disciplinary Docket No. 3 |
| | : | |
| SCOTT BRIAN ALLINSON | : | Board File No. C2-17-586 |
| | : | |
| | : | (United States District Court, Eastern |
| | : | District of Pennsylvania, No. 5:17-cr- |
| | : | 00390) |
| | : | |
| | : | Attorney Registration No. 46536 |
| | : | |
| | : | (Lehigh County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2018, having indicated his consent, the Rule is made absolute, and Scott Brian Allinson is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.